UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In the Matter of the Application of

HAMPSHIRE RECREATION, LLC, and
HAMPSHIRE CLUB, INC.,

       Plaintiffs/Petitioners,

for Order and Judgment Pursuant to 42 U.S.C. Section
1983, the Fifth Amendment of the U.S. Constitution,
Article I, Section 7 of the New York Constitution,
Section 107 of the Public Officers Law, Article 78
of the CPLR, and Declaratory Judgment,

    - against -

THE VILLAGE OF MAMARONECK,
THE VILLAGE OF MAMARONECK BOARD OF
TRUSTEES, and THE VILLAGE OF MAMARONECK
ZONING BOARD OF APPEALS,

       Defendants/Respondents.
------------------------------------------------------------------------x

    14-CV-7228 CS

    ECF CASE

  **APPEARANCE OF COUNSEL**

To: THE CLERK OF COURT AND ALL PARTIES OF RECORD

 I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel with Edmund C. Grainger, III, Esq. (of McCullough, Goldberger & Staudt LLP) for:

 THE VILLAGE OF MAMARONECK ZONING BOARD OF APPEALS

Dated: White Plains, New York
    October 6, 2014

        WORMSER, KIELY, GALEF & JACOBS LLP

        By: _____
        Anna L. Georgiou, Esq.
        SDNY Attorney Bar Code No.: AG5475
        Attorneys and Co-Counsel for Defendant/Respondent
        The Village of Mamaroneck Zoning Board of Appeals
        399 Knollwood Road, Suite 205
        White Plains, New York 10603
        ageorgiou@wkgj.com
        (914) 997-0900
        Fax (914) 997-1039

To:  Michael D. Zarin, Esq.
David J. Cooper, Esq.
Attorneys for Plaintiffs/Petitioners
Zarin & Steinmetz
81 Main Street
White Plains, New York 10601
(914) 682-7800

Edmund C. Grainger, III, Esq.
Attorneys for Defendants/Respondents
McCullough, Goldberger & Staudt LLP
1311 Mamaroneck Avenue, Suite 340
White Plains, New York 10605
(914) 949-6400

F:\9894\011\NOTICE OF APPEARANCE.2.doc