# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

Stephen L. Kass
Partner

Direct Dial: 212-238-8801
E-mail: kass@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

October 7, 2014

**MEMO ENDORSED**

<u>VIA FACSIMILE</u>

Hon. Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/14

**Re: Hampshire Recreation, LLC et al. v. The Village of Mamaroneck, et al.
Docket No. 14-cv-7228**

Dear Judge Seibel:

As you know, a pre-motion conference in the above matter has been scheduled for 11:00 a.m. on Friday, October 24, to consider the request by the Village to make a motion under Rule 12(b)(6) with respect to the Amended Complaint and the request by the Coalition and Neighbors to intervene in this action.

As it happens, my 50th Harvard Law School Reunion is scheduled to begin on the morning of October 24. I am therefore writing to inquire whether it would be possible to convene the October 24 conference at an earlier time that morning, which would permit me to arrive in Cambridge in time for the afternoon reunion sessions. I have spoken with Mr. Grainer and Mr. Steinman (counsel for the Village and its Zoning Board) and Mr. Cooper (counsel for the Hampshire), who have all courteously agreed to this request.

Thank you very much for your consideration of this request.

Sincerely,

Stephen L. Kass

*The conference is hereby moved up to 9:30 AM.*

cc (by email): Michael D. Zarin, Esq.
David Cooper, Esq.
Lester Steinman, Esq.
Edmund C. Grainger, III, Esq.

So Ordered.

Cathy Seibel, U.S.D.J.

Dated: 10/8/14

7521679.1

# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

Stephen L. Kass
Partner

Direct Dial: 212-238-8801
E-mail: kass@clm.com

2 Wall Street
New York, NY 10005-2072
•
Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

October 7, 2014
Client No.: MAM03 002
Total Pages (Including Cover): 2

**Fax Transmittal**

| NAME/COMPANY | TELEPHONE NUMBER | FACSIMILE NUMBER |
|---|---|---|
| Hon. Cathy Seibel, U.S.D.J.<br>United States District Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-4150 | | 914-390-4278 |

Please see the attached letter sent on behalf of Stephen L. Kass, Esq.

cc (by email): Michael D. Zarin, Esq.
David Cooper, Esq.
Lester Steinman, Esq.
Edmund C. Grainger, III, Esq

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

- Please call our operators (212) 238-8729 if any pages are not received -

7518382.1