Stephen L. Kass
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232
Email: kass@clm.com

*Attorneys for Proposed Intervenors*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In the Matter of the Application of

HAMPSHIRE RECREATION, LLC and
HAMPSHIRE CLUB, INC.,

                Plaintiffs/Petitioners,

for Order and Judgment Pursuant to 42 U.S.C.
Section 1983, the Fifth Amendment of the U.S.
Constitution, Article I, Section 7 of the New York
Constitution, Section 107 of the Public Officers
Law, Article 78 of the CPLR, and Declaratory
Judgment,

                -against-

THE VILLAGE OF MAMARONECK, THE
VILLAGE OF MAMARONECK BOARD OF
TRUSTEES, and THE VILLAGE OF
MAMARONECK ZONING BOARD OF
APPEALS,

                Defendants/Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No. 14-cv-7228 (CS)

Judge Cathy Seibel

**NOTICE OF MOTION**
**TO INTERVENE**

      PLEASE TAKE NOTICE that based upon the accompanying Memorandum of Law and all other papers filed herein, Proposed Intervenors Mamaroneck Coastal Environmental Coalition, Inc., Kelly Wenstrup, David Wenstrup, Jane Herzog, Jack Lusk, Jennifer Kronick, Jason Shapiro, Celia Felsher, and John Cecil, by and through undersigned counsel, will move this Court, before the Honorable Cathy Seibel, United States District Judge, at the United States

7506902.3

Courthouse for the Southern District of New York, 300 Quarropas Street White Plains, NY 10601, on a date to be determined by the Court, for an order pursuant to Rule 24 of the Federal Rules of Civil Procedure permitting Proposed Intervenors to intervene in this matter.

Dated: October 23, 2014
New York, New York

**CARTER LEDYARD & MILBURN LLP**

By _____
Stephen L. Kass
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232
Email: kass@clm.com

*Attorneys for Proposed Intervenors*

TO:

Zarin & Steinmetz
81 Main Street, Suite 415
White Plains, New York 10601

*Attorneys for Plaintiffs*

McCullough, Goldberger & Staudt, LLP
1311 Mamaroneck Avenue, Suite 340
White Plains, New York 10605

*Attorneys for Defendants*

7506902.3