Stephen L. Kass
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232
Email: kass@clm.com

*Attorneys for Proposed Intervenors*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

In the Matter of the Application of

HAMPSHIRE RECREATION, LLC and
HAMPSHIRE CLUB, INC.,

      Plaintiffs/Petitioners,

for Order and Judgment Pursuant to 42 U.S.C.
Section 1983, the Fifth Amendment of the U.S.
Constitution, Article I, Section 7 of the New York
Constitution, Section 107 of the Public Officers
Law, Article 78 of the CPLR, and Declaratory
Judgment,

      -against-

THE VILLAGE OF MAMARONECK, THE
VILLAGE OF MAMARONECK BOARD OF
TRUSTEES, and THE VILLAGE OF
MAMARONECK ZONING BOARD OF
APPEALS,

      Defendants/Respondents.
-----------------------------------x

Case No. 14-cv-7228 (CS)

Judge Cathy Seibel

**FED. R. CIV. P. 7.1
<u>DISCLOSURE STATEMENT
OF MAMARONECK COASTAL
ENVIRONMENTAL
COALITION, INC.</u>**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Proposed Intervenor Mamaroneck Coastal Environmental Coalition, Inc., by and through undersigned counsel, hereby certifies that it is a nongovernmental corporate party, has no parent corporation that is not a named party in this action, and that there is no publicly held corporation owning 10% or more of its stock that is not a named party in this action.

7529974.1

Dated: October 23, 2014
      New York, New York

                                        **CARTER LEDYARD & MILBURN LLP**

                                    By _/s/ Stephen L. Kass_____
                                         Stephen L. Kass
                                         CARTER LEDYARD & MILBURN LLP
                                         Two Wall Street
                                         New York, New York 10005
                                         Telephone: (212) 732-3200
                                         Facsimile: (212) 732-3232
                                         Email: kass@clm.com

                                         *Attorneys for Proposed Intervenors*

7529974.1