UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In the Matter of the Application of | : | |
| HAMPSHIRE RECREATION, LLC, and HAMPSHIRE CLUB, INC., | : | 14-cv-7228 CS |
| | : | |
| Plaintiffs/Petitioners, | : | **ECF CASE** |
| | : | |
| for Order and Judgment Pursuant to 42 U.S.C. Section 1983, the Fifth Amendment of the U.S. Constitution, Article I, Section 7 of the New York Constitution, Section 107 of the Public Officers Law, Article 78 of the CPLR, and Declaratory Judgment, | : | **STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| | : | |
| - against - | : | |
| THE VILLAGE OF MAMARONECK, THE VILLAGE OF MAMARONECK BOARD OF TRUSTEES, and THE VILLAGE OF MAMARONECK ZONING BOARD OF APPEALS, | : | |
| | : | |
| Defendants/Respondents. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the above-captioned Plaintiffs/Petitioners certifies that:

(1) there is no parent corporation of Hampshire Club, Inc., and no publicly held corporation that owns 10% or more of Hampshire Club, Inc.;

(2) there is no publicly held corporation that owns 10% or more of Hampshire Recreation, LLC's stock;

(3) the corporate ownership of Hampshire Recreation, LLC and related entities is as follows:

a. Hampshire Recreation, LLC is owned 100% by WCP/NW Hampshire Holdings, LLC;

b. WCP/NW Hampshire Holdings, LLC is owned 95% by WCP Mamaroneck, LLC, and 5% by NW Mamaroneck, LLC;

c. WCP Mamaroneck, LLC is owned 67% by WCP Real Estate Fund II, L.P., 25% by WCP Real Estate Fund II(B), L.P., and 8% by WCP Real Estate Fund II(A), L.P.; and

d. NW Mamaroneck, LLC is owned 54% by NWRA Capital Partners, LLC, 18% by Palin Equities, LLC, 18% by Hampshire Investco, LLC, and 10% by Stan Ross and Marilyn B. Ross, Trustees of the Ross Trust Agreement, dated June 28, 1983 (as amended).

Dated: November 10, 2014
White Plains, New York

Respectfully submitted,

ZARIN & STEINMETZ

By: _____
Michael D. Zarin, Esq. (MZ6692)
David J. Cooper, Esq. (DC1582)
*Attorneys for Plaintiffs/Petitioners*
81 Main Street, Suite 415
White Plains, New York 10601
(914) 682-7800