UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
Matter of Hampshire Recreation LLC & Hampshire
Club Inc.
                                    Plaintiff,          Case No. 7:14-cv-07228-cs

            -against-

Village of Mamaroneck, et al
                                    Defendant,
-------------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X]    I have cases pending          [ ]   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

            Lester D. Steinman
            FILL IN ATTORNEY NAME

My SDNY Bar Number is: LD8553          My State Bar Number is 1027309

I am,

[X]    An attorney
[ ]    A Government Agency attorney
[ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Wormser, Kiely, Galef & Jacobs LLP
             FIRM ADDRESS: 399 Knollwood Road
             FIRM TELEPHONE NUMBER: 914-997-0900
             FIRM FAX NUMBER: 914-997-1093

NEW FIRM:    FIRM NAME: McCarthy Fingar LLP
             FIRM ADDRESS: 11 Martine Avenue, 12th Floor
             FIRM TELEPHONE NUMBER: 914-946-3700
             FIRM FAX NUMBER: 914-946-0134

[X]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
       was entered on _____ by Judge _____

Dated: November 12, 2014

                              ATTORNEY'S SIGNATURE