UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Matter of Hampshire Recreation, LLC & Hampshire Club Inc.
         Plaintiff,

Case No. 7:14-cv-07228-cs

-against-

Village of Mamaroneck, et al
         Defendant.

### NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Anna Louise Georgiou
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AG5475   My State Bar Number is 2934438

I am,

[X] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM: FIRM NAME: Wormser, Kiely, Galef & Jacobs LLP
FIRM ADDRESS: 399 Knollwood Road
FIRM TELEPHONE NUMBER: 914-997-0900
FIRM FAX NUMBER: 914-997-1093

NEW FIRM: FIRM NAME: McCarthy Fingar LLP
FIRM ADDRESS: 11 Martine Avenue, 12th Floor
FIRM TELEPHONE NUMBER: 914-946-3700
FIRM FAX NUMBER: 914-946-0134

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: November 12, 2014

ATTORNEY'S SIGNATURE