Stephen L. Kass
Christopher Rizzo
Karen Meara
Noah Hertz-Bunzl
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232
Email: kass@clm.com

*Attorneys for Proposed Intervenors*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In the Matter of the Application of

HAMPSHIRE RECREATION, LLC and
HAMPSHIRE CLUB, INC.,

                    Plaintiffs/Petitioners,

for Order and Judgment Pursuant to 42 U.S.C. Section 1983, the Fifth Amendment of the U.S. Constitution, Article I, Section 7 of the New York Constitution, Section 107 of the Public Officers Law, Article 78 of the CPLR, and Declaratory Judgment,

                    -against-

THE VILLAGE OF MAMARONECK, THE VILLAGE OF MAMARONECK BOARD OF TRUSTEES, and THE VILLAGE OF MAMARONECK ZONING BOARD OF APPEALS,

                    Defendants/Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 14-cv-7228 (CS) (LMS)

**DECLARATION OF**
**KAREN E. MEARA**

      KAREN E. MEARA, an attorney admitted to practice before the United States District Court for the Southern District of New York, affirms under penalty of perjury, as follows:

      1.     I am an associate at the law firm of Carter Ledyard & Milburn LLP, counsel for the Mamaroneck Coastal Environment Coalition, Inc., and for Kelly Wenstrup, David Wenstrup,

7543193.1

Jane Herzog, Jack Lusk, Jennifer Kronick, Jason Shapiro, Celia Felsher and John Cecil. I submit this Declaration in support of the motion of the Proposed Intervenors to intervene in this action.

2. A true and correct copy of the Stipulated Consent Judgment in *Mamaroneck Beach and Yacht Club, Inc. v. Board of Trustees of the Village of Mamaroneck*, Index No. 8818/5 is attached hereto as Exhibit A.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.


Dated: New York, New York
       November 17, 2014

_____
Karen E. Meara